```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
:
ANDREW TORO, *on behalf of himself and all others* : 
*similarly situated*, :
: 1:22-cv-8698-GHW
Plaintiff, :
: ORDER
-v - :
:
PLAID ENTERPRISES, INC., :
:
Defendant. :
:
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On December 9, 2022 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than December 27, 2022. Dkt. No. 10. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's December 9, 2022 order forthwith, and in no event later than January 5, 2023.

SO ORDERED.

Dated: December 30, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge