**BARCLAY DAMON** LLP

**Ross M. Greenky**
*Counsel*

January 24, 2023

<u>VIA CM/ECF</u>

Hon. Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 1007

    Re:    <u>Andrew Toro v. Plaid Enterprises, Inc.</u>
              Civil Action No. 1:22-CV-8698

Dear Judge Woods:

    As you know, this office represents Plaid Enterprises, Inc. ("Defendant") in the above-referenced matter.

    We write to inform the Court that a settlement has been reached between Plaintiff and Defendant in this action and that agreement is in the process of being finalized. Once the settlement payment is made, the parties shall file a Notice of Dismissal with prejudice, and without attorneys' fees or costs. Accordingly, it is respectfully requested that the matter be stayed for sixty (60) days and any conferences and deadlines be vacated to allow the parties to execute settlement.

    Thank you for your consideration. If you have any questions, please do not hesitate to contact me at (315) 425-2702.

                                  Respectfully submitted,

                                  */s/ Ross M. Greenky*

                                  Ross M. Greenky

cc:    All Counsel of Record (via CM/ECF)

Barclay Damon Tower - 125 East Jefferson Street - Syracuse, New York 13202  barclaydamon.com
RGreenky@barclaydamon.com  Direct: (315) 425-2702  Fax: (315) 703-6246

25793368.1